SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:   (415) 986-8054
Attorneys for Defendants
FORD MOTOR COMPANY and
REDWOOD FORD

Tionna Carvalho (SBN: 299010)
tcarvalho@slpattorney.com
Elizabeth A. LaRocque (SBN: 219977)
elarocque@slpattoreny.com
emailservices@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838

Attorneys For Plaintiffs
DAVID MORE and AUGUSTIN LARA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MORE and AUGUSTIN LARA,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; REDWOOD FORD; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  1:24-cv-00115-KES-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**(Doc. 21)** |

Having considered the parties' joint stipulation to amend the scheduling order, (Doc. 21), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the June 27, 2024 Scheduling Order, (Doc. 19), are **VACATED** and **CONTINUED** according to the revised schedule below[1]:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Close of Fact Discovery | March 21, 2025 | May 23, 2025 |
| Initial Expert Report | April 11, 2025 | June 13, 2025 |
| Rebuttal Expert Report | May 2, 2025 | July 7, 2025 |
| Expert Discovery Close | May 23, 2025 | July 25, 2025 |
| Non-Dispositive Motion Filing Deadline | June 11, 2025 | August 13, 2025 |
| Non-Dispositive Motions Hearing Date | July 16, 2025 | September 17, 2025 |
| Dispositive Motion Filing Deadline | July 2, 2025 | September 8, 2025 |
| Dispositive Motion Hearing Date | August 11, 2025 | October 13, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates | November 3, 2025 | December 31, 2025 |
| Pre-Trial Conference | December 1, 2025 | February 2, 2026 |
| Trial | February 3, 2026 | March 31, 2026 |

IT IS SO ORDERED.

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar. In addition, although the parties did not request an enlargement of the pretrial and trial dates, such enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.

ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER

Dated:   **March 17, 2025**             /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE