UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David More, etl al<br>Plaintiff,<br><br>v.<br><br>Ford Motor Company, et al<br><br>Defendant. | Case No. 1:24-cv-0115-KES-SKO<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 6/13/2025.

June 13, 2025

KEITH HOLLAND, CLERK

By: /s/ R. Gonzalez,
Deputy Clerk