**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MORE AND AUGUSTIN LARA,<br><br>            Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY; REDWOOD FORD; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 1:24-cv-00115-KES-SKO<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISDICTION**<br><br>**(Doc. 31)** |

On June 25, 2025, Plaintiff and Defendant Ford Motor Company filed a "Joint Stipulation to Continue the Deadline to File Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses and Jurisdiction" filed by the parties (the "Joint Stipulation"). (Doc. 31.)

The Court, having considered the Parties' Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The filing deadline for Plaintiffs' Motion for Attorney's Fees, Costs, and Expenses is CONTINUED from July 15, 2025 to September 15, 2025; and
2. The Court SHALL retain jurisdiction over the action until Plaintiffs' fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: __**June 30, 2025**__                          /s/ *Sheila K. Oberto*
                                                                                           UNITED STATES MAGISTRATE JUDGE