**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MORE and AUGUSTIN LARA,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY; REDWOOD FORD; and DOES 1 through 10, inclusive,<br>　　　　Defendants. | Case No.: 1:24-cv-00115-KES-SKO<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISDICTION**<br><br>(Doc. 33) |

On September 12, 2025, the Parties filed a "Joint Stipulation for Order to Continue the Deadline to File Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses" ("the Joint Stipulation"). (Doc. 33).

The Court, having considered the Parties' Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS that the filing deadline for Plaintiffs' Motion for Attorney's Fees, Costs, and Expenses is CONTINUED from September 15, 2025 to October, 15, 2025;

IT IS SO ORDERED.

Dated:　**September 12, 2025**　　　　　　　　　/s/ *Sheila K. Oberto*　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE