# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORE and AGUSTIN LARA, | Case No. 1:24-cv-00115-KES-SKO |
| Plaintiffs, | **ORDER GRANTING STIPULATION** |
| vs. | |
| FORD MOTOR COMPANY; REDWOOD FORD; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs DAVID MORE and AGUSTIN LARA ("Plaintiffs") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $12,500.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $12,500.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by December 25, 2025. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

1  Accordingly, the Motion for Attorneys' Fees, Costs and Expenses currently
2  set for a hearing on December 15, 2025, Doc.35, is hereby vacated and withdrawn.

IT IS SO ORDERED.

Dated:   September 26, 2025

_____
UNITED STATES DISTRICT JUDGE